IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

————————————————

No. 04-51101

————————————————

United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 19, 2005**

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

             v.

ANTONIO DOMINGUEZ-MARTINEZ

                    Defendant - Appellant

---------------------
Appeal from the United States District Court
for the Western District of Texas
(03-CR-321)
---------------------

Before WIENER, STEWART, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that Appellee's unopposed motion to vacate sentence is granted.

    IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case for resentencing is granted.

    IT IS FURTHER ORDERED that Appellee's unopposed alternative motion for an extension of time to file the Appellee's brief 14

---

    *Pursuant to the 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

days from the denial of the motion to vacate and remand is denied

as moot.